UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH<br><br>    Plaintiff,<br><br>  v.<br><br>DAGUIO, et al.,<br><br>    Defendants. | Case No. 18-04438 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On July 23, 2018, Plaintiff, proceeding *pro se*, filed civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff also filed an *In Forma Pauperis* ("IFP") application. (Docket No. 3.) On the same day, the Clerk sent Plaintiff a notice informing him that the IFP application he filed was insufficient because it did not include a Certificate of Funds in Prisoner's Account or a prison trust account statement showing six months of transactions. (Docket No. 4.) Plaintiff was advised that he must pay the filing fee or file a complete IFP application within twenty-eight days or the action would be dismissed, the file closed, and the fee will become due immediately. (*Id.*)

To date, Plaintiff has not paid the filing fee or filed the documents necessary to complete his IFP Application. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

1      The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge